Jansen v. Davison.

Jansen and others, Administrators, *against* Davison.

Where the plaintiffs, who were administrators, in a cause, in the court of common pleas, recovered less than twenty-five dollars damages, and that court gave judgment for the damages, but not for the costs, this court refused to grant a *mandamus* to compel them to give judgment for the costs. The proper remedy is by a writ of error.

A RECOVERY was obtained in the common pleas of Ulster, in favor of the plaintiffs, in the capacity of administrators, for a sum less than 25 dollars. The court below gave judgment for the *damages*, but considering the plaintiffs not entitled to *costs*, refused to give judgment for costs.

*Gardinier*, for the plaintiff, moved for a *mandamus* to the common pleas, commanding them to give judgment in favor of the plaintiffs, for the costs, as well as the damages recovered.

[*73]          *Per Curiam*. This application cannot be granted. The court below have exercised their judgment on the question of costs. It was not, on their part, a delay or refusal to do what appeared to them to be right. If they were wrong, it was an error of judgment merely, and the proper remedy is by a writ of error, which the party is entitled to have upon an erroneous judgment, whether it be in his favor, or against him. Upon a writ of error, the court above may not only *reverse*, but give such judgment as the court below ought to have given.

Motion denied.(*a*)

(*a*) A *mandamus* is only proper where a party has a legal right, without any other appropriate legal remedy, and where in justice a remedy ought to be granted. *The People* v. *Stevens*, 5 Hill, 616 ; *Ex parte Lynch*, 2 id. 45 ; *Boyce* v. *Russel*, 2 Cowen, 444 ; *Ex parte Nelson*, id. 417, 423 ; *The People* v. *Supervisors of Albany*, 12 Johns. R. 414 ; *Shipley* v. *The Mechanics Bank*, 10 id. 484 ; *The People* v. *The Mayor, &c. of New York*, 10 Wend. 293 ; *Justices* v. *Munday*, 2 Leigh, 165 ; *State* v. *Dunn*, Minor, 46 ; *State* v. *Holliday*, 3 Halst. 205 ; *Commrs.* v. *Lynch*, 2 McCord, 170 ; *State* v. *Bruce*, Const. Rep. 165, 175. If therefore error will lie, a *mandamus* cannot be granted ; *Ex parte Nelson, ut supra* ; *People* v. *The Judges of Ulster*, C. C.

117; *Ex parte Bostwick*, 1 Cowen, 143; *Bank of Columbia v. Sweeny*, 1 Peters, 567. See also note to *Fish v. Weatherwax, infra*, 215.